NO. 06-15-00043-CV

RECEIVED IN
The Court of Appeals
Sixth District

Dec 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

IN THE
COURT OF APPEALS
SIXTH APPELATE DISTRICT OF
TEXAS. TEXARKANA, TEXAS

FILED IN
The Court of Appeals
Sixth District

DEC 0 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE INTEREST OF
J.M.L.P. AND M.D.A.P., CHILDREN

MICHAEL DON POGUE,
APPELLANT

CASSANDRA BOWERSOX
AND
THE OFFICE OF THE ATTORNEY GENERAL
APPELLEES

FROM APPEAL NO. 06-15-00043-CV
TRIAL COURT NO. DZ00305462
18TH DISTRICT COURT JOHNSON COUNTY,
TEXAS

## MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

COMES NOW, MICHAEL DON POGUE, Appellant, under TEX. R. APP. P. 49.8 and 10.5 (b), asks the court to extend time to file a Motion For Rehearing. In support of this motion the Appellant shows the court the following,

I

The deadline for filing a Motion For Rehearing

- PAGE 1-

is due Thursday, Dec. 10, 2015.

## II

Appellant requests an extension of 30 days to file a Motion For Rehearing, making the due date for filing said motion JANUARY 9, 2015.

## III

Appellant is housed in the Polunsky Unit of TDCJ in Polk County, Texas. Appellant is limited too, one 2 hour session a day, 5 days a week in the Polunsky Law Library.

## IV

Appellant has another deadline on Dec. 19, 2015 in the Tenth Court of Appeals, Waco, Texas to file a Petition For Discretionary Review.

## V

Appellant requests this extension due to the limited access to law books and research material to adequately review the cases cited in the Sixth Court of Appeals Opionion, to prepare statements for the Motion For Rehearing, and the deadline the Appellant has in the Tenth Court of Appeals.

WHEREFORE, Appellant prays this court will grant this Motion To Extend Time To File a Motion For Rehearing to JAN. 9, 2015.

Respectfully,

Michael Pogue, pro se
Texas Department of
Criminal Justice
Polunsky Unit
TDCJ-ID # 1932517
Livingston, TX 77351

# CERTIFICATE OF SERVICE

I, MICHAEL POGUE, Appellant, do hereby certify that a true and correct copy of the above and foregoing Motion TO Extend Time to file Motion For Rehearing, has been forwarded by U.S. Mail, postage paid, first class, to Attorney of Record, Michael A. Monoz 1400 Hillcrest Dr. Arlington, TX 76010, and to Cassandra Bowersox at 202 East Third St. Cleburne, TX 76031, and to Rande K. Herrell and Deterrean S. Gamble of the Attorney Generals Office at P.O. BOX 12017 MC 038-1, Austin, TX 78711-2017, and to John B. Worley, Assistant Attorney General, P.O. BOX 12017 MC 038-1, Austin, TX 78711 on this the 2nd day of Dec., 2015.

Michael Pogue
Appellant, pro se


I, Michael Pogue, TDCJ # 1932517, being incarcerated in the Polunsky Unit of the TEXAS Department of Criminal Justice, in Polk County, Texas, verify and declare under the penalty of prejury that the foregoing statements are true and correct. Executed on this the 2nd day of Dec. 2015

Michael Pogue
TDCJ # 1932517